No. 83–5278. EAGLE ELK v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83–5678. HOWZE v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83–5626. O'BRYAN v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 83–5735. WILSON v. UNITED STATES; and TURNER v. UNITED STATES. Ct. App. D. C. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 83–5815. HARPER v. NEBRASKA. Sup. Ct. Neb.;
No. 83–5840. JACKSON v. FLORIDA. Sup. Ct. Fla.;
No. 83–5912. HARDING v. ARIZONA. Sup. Ct. Ariz.; and
No. 83–5945. MICHAEL v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 83–5815, 214 Neb. 911, 336 N. W. 2d 597; No. 83–5840, 437 So. 2d 147; No. 83–5912, 137 Ariz. 278, 670 P. 2d 383; No. 83–5945, 437 So. 2d 138.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.